MICHAEL J. DUVALL (Bar No. 276994)
michael.duvall@dentons.com
POOJA L. SHAH (Bar No. 330550)
pooja.l.shah@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300
Fax: (213) 623-9924

GRANT J. ANKROM (pro hac vice forthcoming)
Grant.ankrom@dentons.com
MICHAEL E. HARRISS (pro hac vice forthcoming)
michael.harriss@dentons.com
DENTONS US LLP
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, MO 63102-2741
Tel: (314) 241-1800
Fax: (314) 259-5959

SARAH E. TREVINO (pro hac vice forthcoming)
sarah.trevino@dentons.com
DENTONS US LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Tel: (404) 527-4000
Fax: (404) 527-4198

Attorneys for Defendant
TARGET CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER PANELLI, individually, and all other similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>TARGET CORPORATION, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 3:24-cv-02748<br><br>**PROOF OF SERVICE REGARDING NOTICE OF REMOVAL**<br><br>Magistrate Judge Sallie Kim |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case. My business address is Suite 2500, 601 South Figueroa Street, Los Angeles, California 90017-5704.

A true and correct copy of the documents:

1. DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446 (WITH EXHS A, B AND C) [Dkt 1 thru Dkt 1-3]

2. DEFENDANT TARGET CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 (Dkt 1-4)

3. U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, CIVIL COVER SHEET [Dkt 2]

4. PROOF OF SERVICE RE: NOTICE OF REMOVAL

were served in the manner stated below.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 8, 2024, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

**2. SERVED BY UNITED STATES MAIL &/OR DIRECT EMAIL:** On May 8, 2024, I or an attorney on the matter served the following person/s and/or entity/ies in this case at the last known address/es by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class postage prepaid, and addressed as follows, and/or to the email addresses indicated. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Mark A. Redmond, Esq.<br>LAW OFFICES OF MARK A. REDMOND, PC<br>656 5th Ave., Suite R<br>San Diego, CA 92101<br>Tel: 619-225-7655<br>Email: mr@markredmondlaw.com | Lawrence J. Salisbury, Esq.<br>SALISBURY LEGAL CORP.<br>656 5th Ave., Suite R<br>San Diego, CA 92101<br>Tel: 619-241-2760<br>Email: lsalisbury@salisburylegal.com |

**3. SERVED BY PERSONAL DELIVERY, NEXT BUSINESS DAY, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling Local Rules, on May 8, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal or next court day delivery to the judge will be completed no later than the time indicated, if any.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| May 8, 2024 | Jennifer Wall | *Jennifer Wall* |
| *Date* | *Printed Name* | *Signature* |

126896891