

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander Panelli, individually, and all other similarly situated | Civil Action No.   24-cv-1218-H-DEB |
| Petitioner, V. | |
| Target Corporation | **JUDGMENT IN A CIVIL CASE** |
| Respondent. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant Target's motion to dismiss, and the Court dismisses Plaintiff's complaint with prejudice and without leave to amend. This case is hereby closed.

Date:   10/28/24

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  M.Williams

M.Williams, Deputy